[No. 11672-7-III. Division Three. November 24, 1992.]

*In the Matter of the Marriage of* KIALYNN A. GLUBRECHT, *Appellant, and* DARYL J. GLUBRECHT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 82-3-03145-1, Royce H. Moe, J. Pro Tem., entered May 15, 1991. *Affirmed in part* and *remanded*

by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.